**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 98-2151**

—————————

MICHAEL H. HOLLAND; MARTY D. HUDSON; ELLIOT A.
SEGAL; THOMAS O. S. RAND; WILLIAM P. HOBGOOD;
CARLTON R. SICKLES; GAIL R. WILENSKY, Trustees
of the United Mine Workers of America Combined
Benefit Fund; THOMAS F. CONNORS; ROBERT T.
WALLACE, Trustees of the United Mine Workers
of America 1992 Benefit Plan,

                Plaintiffs - Appellees,

    versus

ALAN T. LAW, an individual; DIANE G. LAW, an
individual,

                Defendants - Appellants,

    and

ROLLINGWOOD HOLDINGS, INCORPORATED, d/b/a
Mother Nature's Designs, a corporation,

                Defendant,

    and

UNITED STATES TRUSTEE,

                Party in Interest.

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley.  Elizabeth V. Hallanan, Senior District Judge.  (CA-95-874-5)

Submitted:  March 30, 1999        Decided:  April 19, 1999

Before MURNAGHAN, WILKINS, and HAMILTON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Alan T. Law, Diane G. Law, Appellants Pro Se.  David West Allen, Larry D. Newsome, Brian Howard Benjet, UNITED MINE WORKERS OF AMERICA, Washington, D.C.; Susan Kaye Cannon-Ryan, CALDWELL, CANNON-RYAN & RIFFEE, Charleston, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Alan T. Law and Diane G. Law appeal the district court's orders granting the Plaintiffs' motion for summary judgment and denying their motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Holland v. Law</u>, No. CA-95-874-5 (S.D.W. Va. May 14, June 15, & July 8, 1998). We reject the Laws' claim that Mountain Laurel Resources Company should have been joined as an indispensable party pursuant to Fed. R. Civ. P. 19. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

3